158 A.3d 88

COMMONWEALTH of Pennsylvania, Respondent

v.

Karl Joseph SCHMIEDING, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Karl Joseph Schmieding, Petitioner

No. 146 MAL 2016

No. 147 MAL 2016

Supreme Court of Pennsylvania.

September 29, 2016

684

## ORDER

PER CURIAM

**AND NOW,** this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**